AO 442 (Rev. 01/09) Arrest Warrant   FID# 10435576

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

USM# 30478-076

| United States of America | ) |
| v. | ) |
| | ) Case No. 17-20318 |
| John Jones a/k/a "JJ" | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* John Jones a/k/a "JJ" ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 924(c)- Use/carry of firearm during crime of violence/drug trafficking offense
18 USC §1951 - Interference with commerce by threats or violence

Date: 10/25/17

_____
*Issuing officer's signature*

City and state: MEMPHIS, TENNESSEE

Thomas M. Gould-U.S. District Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/25/17 , and the person was arrested on *(date)* 11/7/17
at *(city and state)* Memphis, TN .

Date: 11/7/17

_____
*Arresting officer's signature*

Shane Fisher DJSA
*Printed name and title*